**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-2541

———————

DESIREE C. NANETTE,

Plaintiff - Appellant,

versus

JOHN W. SNOW, Secretary, United States
Department of the Treasury,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (CA-03-
925-8-RWT)

———————

Submitted: August 24, 2005        Decided: September 22, 2005

———————

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Lawrence Sheldon, THE SHELDON LAW FIRM, Tampa, Florida, for
Appellant.  John Walter Sippel, Jr., OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Desiree C. Nanette appeals the district court's order granting summary judgment to her former employer in her civil action alleging employment discrimination based upon claims of failure to accommodate her disability. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Nanette v. Snow</u>, No. CA-03-925-8-RWT (D. Md. Nov. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>